■ In the Matter of ASHLEY T., a Child Alleged to be Abused. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JENNIFER T., Appellant. (Appeal No. 1.) [648 NYS2d 420] —Appeal unanimously dismissed without costs (*see, Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Erie County Family Court, Dillon, J.—Child Abuse.) Present—Lawton, J. P., Wesley, Callahan, Davis and Boehm, JJ.

■ FREDERICK M. BUSCH et al., as Temporary Guardians of FRANKLIN K. BUSCH, an Incapacitated Person, Respondents, v LYNN M. WHEELER et al., Appellants. (Appeal No. 2.) [648 NYS2d 420] —Appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Amend Pleading.) Present—Lawton, J. P., Wesley, Callahan, Davis and Boehm, JJ.

■ ROBERT JAMES, Respondent, v FRANK'S VACUUM TRUCK SERVICE, INC., Appellant and Third-Party Plaintiff-Appellant. FRONTIER CHEMICAL WASTE PROCESS, INC., Third-Party Defendant-Respondent. [648 NYS2d 399] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in denying that part of the cross motion of defendant third-party plaintiff, Frank's Vacuum Truck Service, Inc. (Frank's), for summary judgment on its third-party complaint seeking contractual indemnification from third-party defendant, Frontier Chemical Waste Process, Inc. (Frontier). The unambiguous indemnification and insurance provisions contained in the lease agreement between Frank's and Frontier are valid and enforceable (*see, Dinnocenzo v Jordache Enters.,* 213 AD2d 219; *Morris v Snappy Car Rental,* 189 AD2d 115, 121, *affd* 84 NY2d 21). Therefore, we modify the order by granting that part of Frank's cross motion for summary judgment on the third-party complaint for contractual indemnification against Frontier. (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Summary Judgment.) Present— Lawton, J. P., Wesley, Callahan, Davis and Boehm, JJ.